AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

United States of America

V.

John D. Winninghoff,
Winninghoff Boats, Inc.

**JUDGMENT IN A CIVIL CASE**

Case Number: 08cv6485 DWF/RLE

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[x] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

judgment in the amount of $273,000, plus costs, statutory interest, and costs pursuant to 28 U.S.C. Section 2412 in the amount of $350.00 shall be immediately entered in favor of the United States of America and against Defendants.

|  |  |
|---|---|
| March 12, 2009 | RICHARD D. SLETTEN, CLERK |
| Date |  |
|  | s/V. Moralez |
|  | (By)    V. Moralez,   Deputy Clerk |

Form Modified: 09/16/04